**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN ZISK,**<br><br>  Plaintiff,<br><br>  v.<br><br>**GANNETT COMPANY INCOME PROTECTION, LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>  Defendant(s). | Case No.: 14-CV-391 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND DIRECTING PARTIES TO SUBMIT JOINT STATUS STATEMENT AND RESPONSE TO SUGGESTION OF STAY** |

Defendant Life Insurance Company of North America ("LINA") has filed a motion to dismiss the Second Claim in the First Amended Complaint of Plaintiff John Zisk on the grounds that a claim of breach of fiduciary duty against LINA, premised upon the alleged mishandling of a benefit claim, is not actionable under applicable Ninth Circuit law. Plaintiff's response to the motion is devoted mainly to a discussion of the recent Ninth Circuit decision in *Gabriel v. Alaska Electrical Pension Fund,* 755 F.3d 647 (9th Cir. 2014), the dissent therein, and the pending petition for rehearing *en banc*. The Court granted the parties' prior stipulation regarding consideration of an amicus brief submitted by the Department of Labor in connection with the petition for rehearing *en banc* in *Gabriel*, and permitted LINA to file a response addressing the arguments therein. (Dkt. No. 28.) In the interim, the Ninth Circuit directed defendants-appellees in *Gabriel* to submit a response to the petition for rehearing by August 21, 2014.

Based on the foregoing, the Court **CONTINUES** the hearing in this matter until **September 30, 2014,** at 2:00 p.m. The parties are directed to file a status report on the petition for rehearing in *Gabriel* no later than **September 23, 2014**.

Should the Ninth Circuit grant the petition for rehearing, the Court is considering a stay of this matter. The parties shall include in the status report a joint statement of their positions on the propriety of a stay. The status report shall be no more than four pages.

**IT IS SO ORDERED**.

Date: August 21, 2014

                 _____
                 **YVONNE GONZALEZ ROGERS**
                 **UNITED STATES DISTRICT COURT JUDGE**