**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN ZISK,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**GANNETT COMPANY INCOME PROTECTION PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA,** *et al.***,**<br><br>      **Defendants.** | **Case No.: 14-CV-391 YGR**<br><br>**ORDER VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

The Court has reviewed the parties' updated Case Management Conference Statement and Orders as follows:

1.    The case management conference set for Monday, December 15, 2014, is **VACATED**.

2.    Discovery cutoff is set for **March 13, 2015**. Pursuant to Local Rule 72-1 this matter is **REFERRED** to a Magistrate Judge for all discovery matters

3.    All dispositive motions are to be heard by **July 21, 2015**. The parties are reminded to follow the Court's Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

4.    Any request for stay must be made by noticed motion.

5.    The next case management conference is set for **May 11, 2015, at 2:00 p.m.** in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED**.

Date: December 10, 2014

_____
     **YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT COURT JUDGE**