UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | | |
|---|---|---|
| JOHN ZISK, | | No. C14-00391 YGR (LB) |
| | Plaintiff, | **NOTICE OF REFERRAL AND ORDER** |
| v. | | [Re: ECF No. 44] |
| GANNETT COMPANY INCOME PROTECTION PLAN, et al., | | |
| | Defendants. | |
| _____/ | | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. Order of Reference, ECF No. 44. The parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes. Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person if counsel are local and thereafter submit a joint letter brief to the court with information about any unresolved disputes. The court's procedures are designed to prevent any one party from avoiding filing a joint letter brief by allowing counsel to designate the meet-and-confer time if counsel do not agree. If counsel cannot navigate the filing of a joint letter brief, they may schedule a short case management conference call through courtroom deputy Lashanda Scott.

The letter brief must be filed under the Civil Events category of "Motions and Related Filings >

C14-00391 YGR (LB)
NOTICE OF REFERRAL AND ORDER

Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: December 12, 2014

_____
LAUREL BEELER
United States Magistrate Judge