| | |
|---|---|
| 1 | RICHARD JOHNSTON – SBN 124524 |
|   | JOHNSTON LAW OFFICE |
| 2 | 131A Stony Circle, Suite 500 |
|   | Santa Rosa, California 95401 |
| 3 | Telephone (707) 939-5299 |
|   | Facsimile (707) 837-9532 |
| 4 | RichardJohnstonEsq@gmail.com |
|   | **Attorney for Plaintiff JOHN ZISK** |
| 5 | |
|   | ALDO E. IBARRA (SBN 268585) |
| 6 | aibarra@nixonpeabody.com |
|   | NIXON PEABODY LLP |
| 7 | One Embarcadero Center, 18th Floor |
|   | San Francisco, CA  94111-3600 |
| 8 | Telephone:  (415) 984-8233 |
|   | Facsimile:  (866) 840-1631 |
| 9 | **Attorneys for Defendant** |
|   | **GANNETT CO., INC. INCOME PROTECTION PLAN** |
| 10 | |
|   | ADRIENNE C. PUBLICOVER (SBN 161432) |
| 11 | Email: Adrienne.Publicover@WilsonElser.com |
|   | LAURA E. FANNON (SBN 111500) |
| 12 | Email: Laura.Fannon@WilsonElser.com |
|   | WILSON, ELSER, MOSKOWITZ, |
| 13 | EDELMAN & DICKER LLP |
|   | 525 Market Street, 17th Floor |
| 14 | San Francisco, CA 94105 |
|   | Telephone: (415) 433-0990 |
| 15 | Facsimile: (415) 434-1370 |
|   | **Attorneys for Defendant** |
| 16 | **LIFE INSURANCE COMPANY** |
|   | **OF NORTH AMERICA** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ZISK, | ) | |
|   | ) | Case Number: C 14-cv-00391 HSG |
|     Plaintiff, | ) | |
|   | ) | STIPULATION OF DISMISSAL OF ENTIRE |
|     vs. | ) | ACTION WITH PREJUDICE; [PROPOSED] |
|   | ) | ORDER |
| GANNETT COMPANY INCOME | ) | |
| PROTECTION PLAN, LIFE INSURANCE | ) | |
| COMPANY OF NORTH AMERICA, | ) | |
|   | ) | Judge:   Hon. Haywood S. Gilliam, Jr. |
|     Defendants. | ) | |
|   | ) | |

Page **1**

*STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER — Case no. C 14-cv-00391 HSG*

1348037v.1

**STIPULATION**

It is hereby stipulated by and between plaintiff JOHN ZISK and defendants GANNETT COMPANY, INC. INCOME PROTECTION PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-entitled action may be, and hereby is, dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED**:


LAW OFFICES OF RICHARD JOHNSTON

Dated: 4/21/2015      /s/ Richard Johnston
                     Counsel for Plaintiff

NIXON PEABODY LLP

Dated: 4/21/2015      /s/ Aldo E. Ibarra
                     Counsel for Defendant Gannett Co., Inc. Income Protection Plan

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: 4/21/2015      /s/ Laura E. Fannon
                     Counsel for Defendant Life Insurance Company of North America

Page **2**
STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER — Case no. C 14-cv-00391 HSG

1348037v.1

**ORDER**

Pursuant to the foregoing stipulation of the parties, this action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: 4/23/2015

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

Page **3**
*STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER — Case no. C 14-cv-00391 HSG*

1348037v.1